UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LARRY BELCHER,

        Plaintiff

    v.                              C-1-12-985

WARDEN, SOUTHERN OHIO
CORRECTIONAL FACILITY, *et al.*,

        Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 25) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 25) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. Pursuant to Fed. R. Civ. P. 11, plaintiff's Complaint (doc. no.

3) is stricken.  This case is DISMISSED WITH PREJUDICE for want of prosecution.  Defendant's Motion to Dismiss the Complaint On the Ground it Is Deficient (doc. no. 13) and defendant's Motion to Dismiss the Lawsuit for Lack of Prosecution (doc. no. 23) are DENIED AS MOOT.

This case is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                             s/Herman J. Weber
                                      **Herman J. Weber, Senior Judge**
                                        **United States District Court**